**Dismissed and Opinion Filed January 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01245-CV

**MELISSA BREWER AND ALL OTHER OCCUPANTS OF 309 PARK LANE DRIVE, MCKINNEY, TEXAS 75070, Appellants**

**V.**

**COMPASS BANK, AN ALABAMA BANKING CORPORATION, AUTHORIZED TO DO BUSINESS AS BBVA COMPASS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-02419-2019**

## MEMORANDUM OPINION
Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Molberg

Before the Court is appellants' January 27, 2020 unopposed motion to dismiss the appeal.

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Ken Molberg//
KEN MOLBERG
JUSTICE

191245f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MELISSA BREWER AND ALL OTHER
OCCUPANTS OF 309 PARK LANE
DRIVE, MCKINNEY, TEXAS 75070,
Appellants

No. 05-19-01245-CV     V.

COMPASS BANK, AN ALABAMA
BANKING CORPORATION,
AUTHORIZED TO DO BUSINESS AS
BBVA COMPASS, Appellee

On Appeal from the County Court at Law
No. 4, Collin County, Texas
Trial Court Cause No. 004-02419-2019.
Opinion delivered by Justice Molberg,
Justices Bridges and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement among the parties, it is **ORDERED** that appellee Compass Bank, An Alabama Banking Corporation, Authorized To Do Business As BBVA Compass recover its costs, if any, from appellants Melissa Brewer and All Other Occupants of 309 Park Lane Drive, McKinney, Texas 75070.

Judgment entered this 29th day of January, 2020.